UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| LEE ANN PIERCE, Bankruptcy Trustee for Harold W. Rinehart Bankruptcy Estate, | ) ) ) ) | CIV. 09-4066-KES |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | JUDGMENT OF DISMISSAL |
| FREMAR, LLC; and MIDWEST COOPERATIVES, | ) ) ) | |
| Defendants. | ) | |

Pursuant to the stipulation for dismissal signed by the parties, it is

ORDERED, ADJUDGED, AND DECREED that this action is dismissed, including any claim posited by any of the present parties, with prejudice, and with each party to bear its own attorney fees and costs.

Dated January 20, 2011.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE